Minnie Stiefel, Respondent, v. Ike Stiefel, Appellant.— Order modified by reducing alimony to $15 per week and counsel fee to $100, and as modified affirmed, without costs. No opinion.

Francis G. Hall, Jr., Respondent, v. The Ferro Machine and Foundry Company, Appellant.— Order modified so as to reduce amount specified in attachment to $1,901.87, and as modified affirmed, without costs. No opinion.

Donald Mitchell, Respondent, v. Ebenezer Hurd and James W. Halstead, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Albert H. Woods, Respondent, v. Jacob P. Adler, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Francisco Galizio, as Administrator, etc., of Antonio Galizio, Deceased, Respondent, v. Mary McGuire, Appellant, Impleaded with Matthew Lyons.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Proving the Last Will and Testament of Benjamin Hart, Deceased. Isabel Lucchesi Hart Guillemin, Appellant; Estelle Kitty Hart and Michael Hart, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Election of Officers of The L. Schepp Company. Herman Obertubbesing, Appellant; The L. Schepp Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Estelle A. Chamberlain, Respondent, v. Frederick F. Chamberlain, Appellant. — Order modified by striking out provision for alimony and as modified affirmed, without costs. No opinion.

Samuel J. Stiebel and Others, Copartners, Doing Business under the Name of Stiebel, Hernsheim & Company, Respondents, v. John J. Haigney, Appellant, Impleaded with John Glassford and Ellen Hollander.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edna D. Kahn, Respondent, v. Jacob H. Kahn, Appellant.— Order modified by reducing allowance for maintenance of plaintiff's child to $400 per annum, and as modified affirmed, without costs. (Clarke, J., dissented and voted for affirmance.)

The Northern Counties Investment Trust, Limited, Respondent, v. Charles F. Street and Others, Appellants.— Order modified by striking out provision with respect to the production of the letters, and as modified affirmed, with ten dollars costs and disbursements to respondent. No opinion.

Sebastiano Acardi, as Administrator, etc., of Giuseppe Acardi, Deceased, Appellant, v. New York Contracting and Trucking Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ida Small, Respondent, v. Clarence J. Housman and Sailing W. Baruch, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York, Respondent, v. Joseph Ripandello, Appellant. The People of the State of New York, Respondent, v. Star Company, Appellant. The People of the State of New York, Respondent, v. Salva-

tore Acardo, Appellant. The People of the State of New York, Respondent, v. Giovanni Gangi, Appellant. The People of the State of New York, Respondent, v. Giuseppe Adrogna, Appellant. The People of the State of New York, Respondent, v. Frank Kenny, Appellant. The People of the State of New York, Respondent, v. Charles Baker, Appellant. The People of the State of New York, Respondent, v. Nicolatto Generalla and Giuseppe Solomone, Appellants.— Motions to dismiss appeals granted unless appellants have their appeals ready for argument at the October term.

In the Matter of the City of New York, etc: (West One Hundred and Sixty-third Street). In the Matter of the City of New York, etc. (West One Hundred and Sixty-second Street). In the Matter of the City of New York, etc. (West One Hundred and Sixty-first Street). In the Matter of the City of New York, etc. (West One Hundred and Sixtieth Street).— Motions to dismiss appeals granted, with ten dollars costs.

Thomas Kirby, Respondent, v. The City of New York, Appellant.— Motion to dismiss appeal denied, with ten dollars costs.

Charles M. Preston, as Receiver, etc., Respondent, v. Franklin C. Albee and Others, Impleaded, Appellants.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of George Moeser, etc.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of George Moeser, etc.— Motion to dismiss appeal denied, with ten dollars costs.

City Real Estate Company, Respondent, v. Park Construction Company, Impleaded, Appellant.— Motion to dismiss appeal granted, with ten dollars costs.

City Real Estate Company, Respondent, v. Patrick Gallagher, Impleaded, Appellant.— Motion to dismiss appeal granted, with ten dollars costs.

Ardil R. Mersereau and Others, Individually and as Administrators, etc., Appellants, v. James E. Bennet and Clarence Schenck, Respondents.— Motion to dismiss appeal denied, with ten dollars costs.

Mary Kranichfelt, Respondent, v. Hyman Wallach and Others, Appellants.— Motion to dismiss appeal denied, on payment of ten dollars costs, and on payment of an additional ten dollars leave is given to respondent to apply to the court below to open her default.

Jeanette K. Hahn, Respondent, v. Conried Metropolitan Opera Company, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant have its appeal ready for argument at the October term.

Emanuel M. Klein, Respondent, v. William A. Hauff, Appellant, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant have his appeal ready for argument at the October term.

Florence B. Alley, Appellant, v. Claude S. Daly, Respondent.— Motion to dismiss appeal granted, with ten dollars costs.

Rose Sarti, Respondent, v. Giovanni B. Sarti, Appellant.— Motion to dismiss appeal granted, with ten dollars costs.

Benjamin Schwartz, Respondent, v. The State Bank, Appellant.— Application granted. Order signed.